UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAIME BLUMER, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACU-GEN BIOLABS, INC., C.N. WANG )<br>MOMMY'S THINKIN', INC., )<br>PREGNANCY STORE, )<br>PREGNANCYSTORE.COM, and )<br>SHERRY BONELLI, )<br>)<br>Defendants. ) | Civil Action 06-10359-RCL |

**DEFENDANTS ACU-GEN BIOLAB, INC. AND CHANG-NING WANG'S RENEWED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

Defendants Acu-Gen Biolab, Inc. and Chang-Ning Wang (collectively, "Acu-Gen"), hereby file their renewed motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1). Acu-Gen requests this Court dismiss Plaintiff's Second Amended Complaint for lack of subject matter jurisdiction.

Acu-Gen's renewed motion is the second motion filed seeking dismissal of Plaintiffs' Second Amended Complaint. On January 19, 2007 Acu-Gen filed a motion and memorandum seeking dismissal of the Second Amended Complaint. *See* Docket Numbers 50 – 51. The motion sought dismissal for lack of subject matter jurisdiction. Before the motion was argued or ruled on Plaintiffs filed a settlement agreement with the Court. *See* Docket Number 59. Since that time the parties have been engaged in a dispute whether the settlement agreement was enforceable. On September 16, 2008 the Court denied Plaintiffs' motion to enforce the settlement agreement and ordered the Defendants to response to Plaintiffs' Second Amended Complaint. Acu-Gen in filing this renewed motion to dismiss along with a supplemental

1

memorandum incorporates all arguments contained in its motion to dismiss and supporting memoranda filed in January 2007.

    Acu-Gen's renewed motion should be allowed since Plaintiffs' Second Amended Complaint lacks subject matter jurisdiction. This Court lacks subject matter jurisdiction for two reasons. First, Plaintiffs' claims fail to meet the jurisdictional requirements of the Class Action Fairness Act. Second, Plaintiffs' have failed to establish jurisdiction over their alleged individual Magnuson-Moss claims.

    For the reasons stated above, as well as those set forth in Acu-Gen's January 2007 motion to dismiss, Acu-Gen respectfully requests that Plaintiffs' Second Amended Complaint be dismissed in its entirety for lack of subject matter jurisdiction.

Respectfully submitted,

Acu-Gen Biolabs, Inc. and Dr. Chang Ning Wang

By their attorneys,

Date: October 16, 2008

/s/ Saul A. Schapiro
_____
Saul A. Schapiro, BBO # 444820
Tyson R. Ence, BBO # 670401
ROSENBERG, SCHAPIRO, ENGLANDER
CHICOINE & LEGGETT, P.C.
44 School Street, Suite 800
Boston, MA  02108
Tel. 617-723-7440
sschapiro@rosen-schap.com

## CERTIFICATE OF SERVICE

I, Saul A. Schapiro, hereby certify that on the 16th day of October, 2008 a true copy of the enclosed:

**DEFENDANTS ACU-GEN BIOLAB, INC. AND CHANG-NING WANG'S RENEWED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

was filed through the ECF system will be served electronically through the ECF System to all counsel of record identified on the Notice of Electronic Filing ("NEF") as registered participants, and that paper copies of the above document will be sent via e-mail and first class mail to those counsel who are not registered participants on the ECF system.

/s/  Saul A. Schapiro
_____
Saul A. Schapiro, Esq.